IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SAMUEL PATRICK CAIN, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-23-01150-PRW |
| | ) | |
| CARRIE BRIDGES, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

    This matter is before the Court on United States Magistrate Judge Amanda Maxfield Green's Report and Recommendation (Dkt. 5), recommending denial of Petitioner Cain's Application for Leave to Proceed *in Forma Pauperis* (Dkt. 2) because his institutional accounts show sufficient financial resources to pay the filing fee. Magistrate Judge Green further recommended that this action be dismissed without prejudice unless Petitioner paid the filing fee in full within 21 days of any order adopting the Report and Recommendation. Petitioner did not object to the Report and Recommendation, but he paid the filing fee on January 29, 2024. Upon review, the Court **ADOPTS** the Report and Recommendation (Dkt. 5) in full, **DENIES** the Application for Leave to Proceed *in Forma Pauperis* (Dkt. 2), and **RECOMMITS** this case to Magistrate Judge Green for further proceedings.

    **IT IS SO ORDERED** this 12th day of February 2024.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE